**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAWA INC., | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 15-6025 |
| v. | : | |
| UNIVAR USA INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this __19TH__ day of ____May_____, 2016, it is **ORDERED** that Univar USA Inc.'s Motion for Judgment on the Pleadings (ECF No. 14) is **GRANTED**.   It is further **ORDERED** that if Plaintiff wishes to file an amended complaint, it must do so **on or before June 8, 2016**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1